AO 440 (Rev 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:26-cv-3914

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* POWER ARTIST RECORDS, INC
was received by me on *(date)* Aug. 1, 2026

☐ I personally served the summons on the individual at *(place)* ________ on *(date)* ________ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* ________ , a person of suitable age and discretion who resides there, on *(date)* ________ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Matt Porter of Northwest Registered Agents , who is designated by law to accept service of process on behalf of *(name of organization)* Power Artists Records, Inc. on *(date)* 8/24/26 ; or

☐ I returned the summons unexecuted because ________ ; or

☐ Other *(specify)*:

My fees are $ ________ for travel and $ ________ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: 8/24/26

[signature]
*Server's signature*

Kenneth Goggins
*Printed name and title*

4600 Roswell Rd, Ste D220 Sandy Springs, GA 30342
*Server's address*

Additional information regarding attempted service, etc: